

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2019

No. 04-19-00524-CV

**IN RE M.R.D. ET AL., CHILDREN,**

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02024
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

The reporter's record was due August 15, 2019, but was not filed. On August 19, 2019, the court reporter filed a notification of late record, requesting until August 30, 2019, to file the reporter's record. After consideration, we **GRANT** the court reporter's requested extension and **ORDER** the court reporter to file the reporter's record in this court **on or before August 30, 2019**. The court reporter is reminded that this is an accelerated appeal of an order terminating the appellant's parental rights, which must be disposed of by this court within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2. Given the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court